Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMER BOYS FOOD, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-04342-RGK-KS<br><br>**NOTICE OF SETTLEMENT** |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Plaintiff Juan Alcazar hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: July 26, 2021                                  Respectfully Submitted,


                                        */s/ Thiago M. Coelho*
                                        Thiago M. Coelho
                                        Jasmine Behroozan
                                        **WILSHIRE LAW FIRM**
                                        *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF SETTLEMENT
CASE NO. 2:20-cv-04342-RGK-KS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 26, 2021

/s/ Thiago M. Coelho
Thiago M. Coelho

NOTICE OF SETTLEMENT
CASE NO. 2:20-cv-04342-RGK-KS

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137