1  Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
5  Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

7  *Attorneys for Plaintiff*

8  Todd E. Crotch, SBN 143933
   tcroutch@fwcllp.com
9  Daniel K. Dik, SBN 155338
10 ddik@fwcllp.com
   **FRASER WATSON & CROUTCH, LLP**
11 100 West Broadway, Suite 650
   Glendale, CA 91210-1201
12 Telephone: (818) 543-1380
13 Facsimile: (818) 543-1389

14 *Attorneys for Defendant*

15              **UNITED STATES DISTRICT COURT**

16            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  JUAN ALCAZAR, individually and on behalf of themselves and all others similarly situated, | CASE NO.:  2:20-cv-04342-RGK-KS |
| 19 | |
| 20                    Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 21        v. | |
| 22  FARMER BOYS FOOD, INC, a California corporation; and DOES 1 to 10, inclusive, | |
| 23 | |
| 24                    Defendants. | |

25
26
27
28
13400692.1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the above-captioned case be dismissed against all Defendants in this action with prejudice. This stipulation is made as the matter has been resolved to the satisfaction of all parties. Each party to bear its own attorneys' fees and costs.

Dated: August 13, 2021       **WILSHIRE LAW FIRM**

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
*Attorneys for Plaintiff*

Dated: August 13, 2021       **FRASER WATSON & CROUTCH LLP**

/s/ Todd E. Croutch
Todd E. Croutch
Daniel K. Dik
*Attorneys for Defendant*

*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.