JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMER BOYS FOOD, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04342-RGK-KS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEARBY ORDERED THAT, the parties Stipulation of Dismissal With Prejudice is Granted and DISMISSES this action with prejudice.

**IT IS SO ORDERED.**


DATED: August 18, 2021        By: _/s/ Gary Klausner_____
                                  United States District Court Judge